■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY R. SCHRAENKLER, Appellant. [635 NYS2d 559] —Judgment unanimously affirmed. Memorandum: The motion to suppress defendant's statement to the police was properly denied. The record supports County Court's determinations that defendant was not in custody prior to receiving *Miranda* warnings *(see, People v Flecha,* 195 AD2d 1052; *People v Forbes,* 182 AD2d 829, *lv denied* 80 NY2d 895) and that the ruse employed by the police during the questioning of defendant did not render his statement involuntary *(see, People v Robinson,* 201 AD2d 931, *lv denied* 83 NY2d 875). (Appeal from Judgment of Wayne County Court, Parenti, J.—Kidnapping, 2nd Degree.) Present—Denman, P. J., Green, Fallon, Balio and Boehm, JJ.